Affirmed by published per curiam opinion. Chief Judge WILKINSON wrote an opinion concurring in the judgement, in which Judge WIDENER, Judge WILKINS, Judge NIEMEYER, Judge WILLIAMS, and Judge TRAXLER joined. Judge MURNAGHAN wrote a dissenting opinion, in which Judge MICHAEL, Judge DIANA GRIBBON MOTZ, Judge KING, and Senior Judge HAMILTON joined, Judge LUTTIG wrote a dissenting opinion.
OPINION
PER CURIAM:
This case came to be argued before the en banc court on October 25, 1999. The judgment of the district court is hereby affirmed by an equally divided en banc court. Separate opinions follow seriatim.

AFFIRMED.